DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 4 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  <u>SEALED ORDER</u>

   - v. -  :  18 Cr.

MARCOS ELIAS,  :  **18 CRIM 419**

           Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Sagar K. Ravi;

      It is found that the indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that indictment unsealed for the limited purpose of sharing it with foreign law enforcement agencies and courts, including with Interpol, it is therefore

      ORDERED that the indictment in the above-captioned action be unsealed for the limited purpose set forth above.

Dated: New York, New York
       June 14, 2018

_____
HONORABLE GABRIEL W. GORENSTEIN
CHIEF UNITED STATES MAGISTRATE JUDGE

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2018

**Request to be Filed Under Seal**

**BY HAND**

Honorable Gabriel W. Gorenstein
Chief United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Marcos Elias, 18 Cr. __**

**18 CRIM 419**

Dear Judge Gorenstein:

    On June 14, 2018, an indictment in the above-referenced case was returned by a grand jury in this District. The indictment remains under seal. The Government respectfully requests that the Court enter a limited unsealing order so that the indictment may be shared with foreign law enforcement agencies and courts, including Interpol, in order to facilitate the defendant's arrest and extradition. A proposed order is enclosed for the Court's convenience.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Sagar K. Ravi
    Assistant United States Attorney
    Tel.: (212) 637-2195

Encl.